No. 65844.—F. W. Myers & Company, Inc. *v.* United States, protest 271033–K (Detroit).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *The Best Foods, Inc.* (47 C.C.P.A. 163, C.A.D. 751), the claim of the plaintiff was sustained.

No. 65845.—Castelazo & Associates and Luer Packing Co. *v.* United States, protest 59/21552 (Los Angeles).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of 61 barrels (33,106 pounds) of rejected boneless beef, unfit for human consumption as beef or meat, and fit only for processing into animal food, the claim of the plaintiffs was sustained. *United States* v. *Judson-Sheldon Corp.* (37 C.C.P.A. 89, C.A.D. 424) and *Atlas Canning Company, Inc.* v. *United States* (41 Cust. Ct. 242, C.D. 2047), followed.

No. 65846.—Schenley Wine & Spirit Import Corp. et al. *v.* United States, protests 724708–G, etc. (New York).

Opinion by RICHARDSON J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiffs was sustained.

No. 65847.—Schenley Distilleries, Inc. *v.* United States, protests 220281–K and 223352–K (Indianapolis).

Opinion by RICHARDSON, J. In accordance with stipulation of counsel that the merchandise and issues are similar in all material respects to those involved in *United States* v. *R. C. Williams & Co., Inc.* (40 C.C.P.A. 130, C.A.D. 508), and *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C.D. 1155), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JUNE 27, 1961

No. 65848.—Hemisphere International Corp. et al. *v.* United States, protests 191897–K/14138, etc. (New Orleans).